# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 1:24-cv-07934-JPC |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Healthplex, Inc.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The request to dismiss this matter with prejudice is hereby GRANTED.

Date: December 13, 2024

JOHN P. CRONAN, United States District Judge